### THE EVANSVILLE AND CRAWFORDSVILLE R. R. CO. *v.* BEARD..

From the Knox Circuit Court.

*F. W. Viehe* and *R. G. Evans*, for appellant.

*G. G. Reily* and *W. C. Johnson*, for appellee.

HOWK, J.—In this cause, the same questions, upon the same evidence, are

presented for decision, as were presented in the case of *The Evansville and Crawfordsville Railroad Company* v. *Snapp*, 61 Ind. 303.

For the reasons given in the case cited, the judgment in this cause is affirmed, at the appellant's costs.